CARLE CARLTON, Appellant, v. G. MAURICE HECKSCHER, Respondent.— Order

affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JOSEPH WACHTEL PRINTING AND BINDING CORPORATION, Appellant, v. RUDOLPH TAUBER, Doing Business, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.